KEVIN R. HANSEN, ESQ.
Nevada Bar No. 6336
**SHUMWAY VAN & HANSEN**
5440 West Sahara Avenue, Suite 206
Las Vegas, NV 89146
Tel (702) 478-7777
Fax (702) 728-2484
kevin@shumwayvan.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RANDOLPH MOYE, individual, | Case No.: 2:15-cv-00161-RFB-VCF |
| Plaintiff, | |
| vs. | **NOTICE OF MEET AND CONFER** |
| WAL-MART STORES, INC., a foreign corporation, d/b/a WAL-MART SUPERCENTER #3351, a Nevada Corporation, DOES I through X, and ROE BUSINESS ENTITIES, inclusive. | |
| Defendants. | |

PURSUANT to Fed. R. Civ. P. 26(f), Plaintiff RANDOLPH MOYE, by and through his counsel of record, KEVIN R. HANSEN, ESQ., of the law firm of SHUMWAY VAN & HANSEN, Defendant WAL-MART STORES, INC., by and through its counsel of record, BREANE P. STRYKER, ESQ., of the law firm of PHILLIPS, SPALLAS & ANGSTADT LLC.,

/ / /

/ / /

/ / /

1

have scheduled the meet and confer conference call for March 11, 2015 at 3:00 P.M., Pacific Standard Time. Plaintiff's counsel will initiate the conference call.

DATED this 2 day of March, 2015.

SHUMWAY VAN & HANSEN

Kevin R. Hansen, Esq.
Nevada Bar No. 6336
5440 West Sahara Avenue, Suite 206
Las Vegas, NV 89146
Tel (702) 478-7777
Fax (702) 728-2484
kevin@shumwayvan.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 2nd day of March, 2015 and pursuant to Fed. R. Civ. P. 26(f), I served via electronic service via CM/ECF a true and correct copy of the foregoing **NOTICE OF MEET AND CONFER**, addressed to:

Brenda H. Entzminger, Esq.
Breane P. Stryker, Esq.
PHILLIPS, SPALLAS & ANGSTADT LLC
504 South Ninth Street
Las Vegas, Nevada 89101

_____
An Employee of SHUMWAY, VAN & HANSEN

SHUMWAY VAN & HANSEN
5440 West Sahara Avenue, Suite 206
Las Vegas NV 89146
Tel (702) 478-7777  Fax (702) 728-2484