BRENDA H. ENTZMINGER
Nevada Bar No. 9800
BREANE P. STRYKER
Nevada Bar No. 13594
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATE DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDOLPH MOYE,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a foreign corporation, d/b/a WAL-MART SUPERCENTER #3351, a Nevada Corporation, DOES I through X, and ROE BUSINESS ENTITIES, inclusive,<br><br>    Defendants. | Case No.: 2:15-cv-00161-RFB-VCF<br><br>**JOINT STATUS REPORT REGARDING REMOVAL** |

  Plaintiff RANDOLPH MOYE ("Plaintiff") and Defendant WAL-MART STORES, INC. ("Walmart") hereby submit their Joint Status Report Regarding Removal as follows:

  1. Plaintiff filed his Complaint on November 24, 2014 in the Eighth Judicial District Court, Clark County of the State of Nevada.

  2. Plaintiff served Walmart with his Summons and Complaint on December 29, 2014.

  3. Walmart removed this action to the United States District Court, District of Nevada on January 28, 2015.

  4. Walmart filed its Answer to Plaintiff's Complaint on January 28, 2015.

  5. Walmart filed its Statement Regarding Removal on February 13, 2015, per this Court's January 29, 2015 Minute Order.

- 1 -

1     6. The parties have scheduled their FRCP 26 (f) conference for March 11, 2015. Plaintiff's office will initiate the call

    7. There are no Motions pending before the Court in this matter.

DATED this 3rd day of March, 2015.

| SHUMWAY, VAN & HANSEN | PHILLIPS, SPALLAS & ANGSTADT LLC |
|---|---|
| */s/ Kevin R. Hansen* | */s/ Breane P. Stryker* |
| KEVIN R. HANSEN, ESQ.<br>Nevada Bar No. 6336<br>5440 West Sahara Avenue<br>Suite 206<br>Las Vegas, Nevada 89146<br>(702) 478-7777 | BREANE P. STRYKER<br>Nevada Bar No.13594<br>504 South Ninth Street<br>Las Vegas, Nevada 89101<br>(702) 938-1510 |
| *Attorneys for Plaintiff*<br>*Randolph Moye* | *Attorneys for Defendant*<br>*Wal-Mart Stores, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of March, 2015, I served a true and correct copy of the foregoing, **JOINT STATUS REPORT REGARDING REMOVAL**, by U.S. Mail, in a sealed envelope, first-class postage fully prepaid, addressed to the following counsel of record, at the address listed below:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
|---|---|---|
| KEVIN R. HANSEN, ESQ.<br>Nevada Bar No. 6336<br>TRAVIS J. ROBERTSON, ESQ.<br>Nevada Bar No. 13387<br>SHUMWAY VAN & HANSEN<br>5440 West Sahara Avenue, Suite 206<br>Las Vegas, NV 89146 | Phone 702-478-7777<br>Fax     702-728-2484 | Plaintiff |

*/s/ Breane P. Stryker*
An Employee of PHILLIPS, SPALLAS & ANGSTADT LLC