1  BRENDA H. ENTZMINGER
   Nevada Bar No. 9800
2  **PHILLIPS, SPALLAS & ANGSTADT LLC**
3  504 South Ninth Street
   Las Vegas, Nevada 89101
4  (702) 938-1510

5  *Attorneys for Defendant*
   *Wal-Mart Stores, Inc.*
6

7                    UNITED STATES DISTRICT COURT

8                          DISTRICT OF NEVADA

9  RANDOLPH MOYE,                          Case No.: 2:15-cv-00161-RFB-VCF

10            Plaintiff,

11  v.

12  WAL-MART STORES, INC., a foreign       **SUBSTITUTION OF ATTORNEY**
    corporation, d/b/a WAL-MART
13  SUPERCENTER #3351, a Nevada Corporation,
    DOES I through X, and ROE BUSINESS
14  ENTITIES, inclusive,

15            Defendants.

16       The undersigned Defendant, WAL-MART STORES, INC., hereby agrees and consents to

17  substitute the following law firms, MURCHISON & CUMMING, LLP and BACKUS, CARRANZA

18  & BURDEN, in the place and stead of the law firm of PHILLIPS, SPALLAS & ANGSTADT, LLC as

19  attorneys for WAL-MART STORES, INC. in the above-entitled action:

20  DATED this 5 day of ~~July,~~ August 2015.

21

22                                          WAL-MART STORES, INC.

23                                          By: _____

24                                          JULIE GIBBENS
                                            Associate General Counsel
25  //                                      Wal-Mart Stores, Inc.

26  //

27  //

28

                                    - 1 -

The law firm of PHILLIPS, SPALLAS & ANGSTADT, LLC hereby agrees and consents to the substitution of MURCHISON & CUMMING, LLP and BACKUS, CARRANZA & BURDEN as attorneys for Defendant WAL-MART STORES, INC. in the above-entitled action in its place and stead.

Dated this 5th day of August, 2015

PHILLIPS, SPALLAS & ANGSTADT LLC

_____ #13594

BRENDA H. ENTZMINGER
Nevada Bar No. 9800
BREANE P. STRYKER
Nevada Bar No. 13594
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

MURCHISON & CUMMING LLP hereby agrees and consents to be substituted as attorneys for Defendant WAL-MART STORES, INC. in the above-entitled action in place and stead of the law firm of PHILLIPS, SPALLAS & ANGSTADT, LLC.

DATED this 24th day of July, 2015.

MURCHISON & CUMMING, LLP

_____ Bar No. 11730

MICHAEL J. NUNEZ, ESQ.
Nevada Bar No. 10703
6900 Westcliff Dr # 605
Las Vegas, NV 89145
(702) 360-3956

//
//
//
//

BACKUS, CARRANZA & BURDEN hereby agrees and consents to be substituted as attorneys for Defendant WAL-MART STORES, INC., in the above-entitled action in place and stead of the law firm of PHILLIPS, SPALLAS & ANGSTADT, LLC.

DATED this _22_ day of July, 2015.

BACKUS, CARRANZA & BURDEN

JACK BURDEN, ESQ.
Nevada Bar No. 6918
3050 South Durango Drive
Las Vegas, Nevada 89117
(702) 872-5555

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** 8-5-2015

- 3 -